UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA GEIGER, *et al.*,

     Plaintiffs,

v.

BLEU DETROIT, LLC, *et al.*,

     Defendants.

Case No. 25-cv-11456
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING LATIN EVO ENTERTAINMENT, LLC LEAVE TO FILE A FIRST AMENDED THIRD PARTY COMPLAINT

On December 5, 2025, Latin Evo Entertainment, LLC filed a Third Party Complaint in this action against Luis Aguilar. (*See* Third-Party Compl., ECF No. 23.) Aguilar has now filed a motion to dismiss the claims brought against him pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 29.) One of Aguilar's bases for dismissal is that Latin Evo Entertainment has failed to plead sufficient facts in support of its claims. (*See id.*)

Without expressing any view regarding the merits of the motion to dismiss, the Court will grant Latin Evo Entertainment the opportunity to file a First Amended Third Party Complaint in order to remedy the alleged deficiencies in its claims identified by Aguilar in his motion to dismiss. The Court does not anticipate allowing Latin Evo Entertainment another opportunity to amend to add factual

1

allegations that it could now include in a First Amended Third Party Complaint. Simply put, this is Latin Evo Entertainment's opportunity to allege any and all additional facts, currently known to it, that may cure the alleged deficiencies in its claims.

By **February 20, 2026**, Latin Evo Entertainment shall file a notice on the docket in this action notifying the Court and Aguilar whether it will be filing a First Amended Third Party Complaint.  If Latin Evo Entertainment provides notice that it will be filing a First Amended Third Party Complaint, it shall file that amended pleading by no later than **March 6, 2026**.  If Latin Evo Entertainment provides notice that it will not be filing a First Amended Third Party Complaint, it shall file a response to Aguilar's pending motion to dismiss by no later than **March 6, 2026**.

Finally, if Latin Evo Entertainment provides notice that it will be filing an amended pleading, the Court will terminate without prejudice Aguilar's motion to dismiss as moot.   Aguilar may re-file a motion to dismiss directed at the First Amended Third Party Complaint if he believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 6, 2026

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 6, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126