UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA GEIGER, *et al.*,

        Plaintiffs,

v.

                                            Case No. 25-cv-11456
                                            Hon. Matthew F. Leitman

BLEU DETROIT, LLC, *et al.*,

        Defendants.

_____/

### <u>ORDER TERMINATING THIRD-PARTY DEFENDANT'S<br>MOTION TO DISMISS (ECF No. 29) WITHOUT PREJUDICE</u>

On December 5, 2025, Latin Evo Entertainment, LLC filed a Third-Party Complaint in this action against Luis Aguilar. (*See* Third-Party Compl., ECF No. 23.) Aguilar thereafter filed a motion to dismiss the claims brought against him pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 29.)

On February 6, 2026, without expressing any view regarding the merits of the motion to dismiss, the Court granted Latin Evo Entertainment the opportunity to file a First Amended Third Party Complaint in order to remedy the alleged deficiencies in its claims identified by Aguilar in his motion to dismiss. (*See* Order, ECF No. 30.) The Court informed the parties that if Latin Evo Entertainment decided to file such

1

an amended pleading, it would terminate Aguliar's currently-pending motion to dismiss without prejudice. (*See id.*)

On February 20, 2026, Latin Evo Entertainment filed a notice that it intends to file a First Amended Third Party Complaint. (*See* Notice, ECF No. 31.) Accordingly, the Court **TERMINATES** Aguilar's now-pending motion to dismiss (ECF No. 29) **WITHOUT PREJUDICE**.   Aguilar may re-file a motion to dismiss directed at the First Amended Third Party Complaint if he believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 24, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 24, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126